IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan J. Bodary,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV-05-2509-PHX-FJM<br><br>**ORDER** |

    The court has before it Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 1), the Response (doc. 13), and the Report and Recommendation of the United States Magistrate Judge (doc. 14). No objection to the Report and Recommendation was filed.

    The court accepts the recommended decision of the United States Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases. Therefore, **IT IS ORDERED DENYING** the Petition for Writ of Habeas Corpus (doc. 1).

    DATED this 28th day of June, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge